**MEMORANDUM ENDORSED**

8/10/20

RE: Schulte v. Bureau of Prisons, et al.
1:20-CV-2795 (CM)

Motion to Compel Discovery

Pursuant to Fed. R. of Civil Procedure, plaintiff moves for an order to compel the MCC to produce video of the plaintiff during the time between midnight and 8AM on Sunday, March 8, 2020.

Plaintiff has previously filed preservation requests and discovery requests with the MCC for the last 5 months. The MCC has ignored all requests.

Josh Schulte
/s/ Josh Schulte
Plaintiff
8/10/20

No discovery may take place until after the defendants have appeared and a scheduling order has issued. Therefore, the motion is denied. If plaintiff serves a discovery request after the scheduling order issues and the defendant fails to timely respond to that request, plaintiff may make a new application.

The Clerk is requested to mail a copy of this Order to plaintiff.

So Ordered.
Dated: September 3, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2020 SEP -1 PM 2:47
RECEIVED
SDNY PRO SE OFFICE