

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

September 4, 2020

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Schulte v. BOP*, 20 Civ. 2795 (PGG)

Dear Judge Gardephe:

    I write respectfully on behalf of the federal defendant ("the Government") in response to the Court's order dated June 29, 2019, directing the Government to provide to Plaintiff, who is appearing *pro se*, the identity of the individuals who were involved in an incident that allegedly occurred on March 8, 2020. I write respectfully to request an additional thirty days, *nunc pro tunc*, from August 28, 2020 to September 27, 2020 to comply with the Court's order. The Government seeks this additional time because the Bureau of Prisons' counsel has been extremely busy due to COVID-19 related issues. This is the Government's first request for an extension to time. Because Plaintiff is incarcerated, I was unable to obtain his consent before making this request.

    We thank the Court for its consideration of this request and apologize for the delay in making this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney
    Southern District of New York

By:  __/s/_____
    KIRTI V. REDDY
    Assistant United States Attorney
    Telephone: (212) 637-2751
    Facsimile: (212) 637-2786
    E-mail: kirti.reddy@usdoj.gov

cc:    (via first class mail)
    Joshua Schulte
    No. 79471-054
    MCC New York
    150 Park Row
    NY, NY 1007