

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 24, 2020

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Schulte v. BOP*, 20 Civ. 2795 (PGG)

Dear Judge Gardephe:

    I write respectfully on behalf of the federal defendant ("the Government") in response to the Court's order dated June 29, 2019, directing the Government to provide to Plaintiff, who is appearing *pro se*, the identity of the individuals who were involved in an incident that allegedly occurred on March 8, 2020. I write respectfully to request an additional thirty days, from September 27, 2020, to October 27, 2020, to comply with the Court's order. The Government seeks this additional time because the requested information is not readily available and the agency counsel is in the process of obtaining it. Specifically, during the time period of the incident alleged in the complaint, Metropolitan Correctional Center ("MCC") officials suspected that a gun had been smuggled into the facility. As a result, numerous Bureau of Prisons' employees from throughout the country came to MCC to assist with searches for the gun. Relating to those searches, MCC gave their video surveillance servers to an outside agency. MCC only recently received a copy of the video from the outside agency, and it needs additional time to review it and attempt to identify the individuals. This is the Government's second request for an extension to time. Because Plaintiff is incarcerated, I was unable to obtain his consent before making this request.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney
        Southern District of New York

By:   __/s/_____
      KIRTI V. REDDY
      Assistant United States Attorney
      Telephone: (212) 637-2751
      Facsimile: (212) 637-2786
      E-mail: kirti.reddy@usdoj.gov

cc:   (via first class mail)
     Joshua Schulte
     No. 79471-054
     MCC New York
     150 Park Row
     NY, NY 1007