

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 28, 2020

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Schulte v. BOP*, 20 Civ. 2795 (PGG)

Dear Judge Gardephe:

    I write respectfully on behalf of the federal defendant ("the Government") in response to the Court's order dated June 29, 2019, directing the Government to provide to Plaintiff, who is appearing *pro se*, the identity of the individuals who were involved in an incident that allegedly occurred on March 8, 2020, at the Metropolitan Correctional Center. (ECF No. 9). I write respectfully to inform the Court that the following Bureau of Prisons officers were involved on March 8, 2020, in escorting Plaintiff from his cell, to the receiving and discharge area, and back to his cell: (1) Jamey Welch, (2) Michael Getchey, (3) Mark Burns, (4) Timothy Valentine, (5) John Barrett, (6) Brian Thiroway, and (7) Michael Sinkvich. All of the individuals are employed with the U.S. Bureau of Prisons, and they are stationed the Federal Correctional Institution, Schuylkill, Interstate 91 and 901W, Minersville, Pennsylvania 17954.

    The Government believes that there may be one additional individual who was involved on March 8, 2020, in escorting Plaintiff from his cell, to the receiving and discharge area, and back to his cell. To date, however, the Government has unable to identify that individual. The Government will promptly inform the Court and Plaintiff, should it learn the identity of that individual.

    We thank the Court for its consideration of this matter.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney
          Southern District of New York

By:  __/s/_____
       KIRTI V. REDDY
       Assistant United States Attorney
       Telephone:  (212) 637-2751
       Facsimile:  (212) 637-2786
       E-mail:  kirti.reddy@usdoj.gov

cc:    (via first class mail)
      Joshua Schulte
      No. 79471-054
      MCC New York
      150 Park Row
      NY, NY 1007