12/22/20

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

RE: Schulte v. BOP, 20 cv-2795 (PGG)

Dear Judge Gardephe:

I am not receiving orders or packages from this court. I have been denied access to the courts and Due Process guaranteed by the 5th Amendment. Today, 12/22/20, I received the docket for this case from June from my family. I was surprised to see Dkt #7, #9, #10, #12 — I never received any of these. Dkt entry # 7/14/20 notes return of Dkt #9, but no second attempt. How is a prisoner supposed to represent himself when he does not even receive the most basic information from the court? I am locked in a cage 24-hours per day, 7 days per week; incarcerated indefinitely pending trial.

I ask this Court to re-send these documents and an updated docket. Please excuse my late responses to orders I never received. I am a slave of the state so it should not be hard to find me.

P.S. I am receiving documents from AUSA, but delayed by 3 months.

Josh Schulte #79471054
MCC
150 Park Row
NY, NY 10007

Josh Schulte #79471054
MCC
150 Park Row
NY, NY 10007

USM 40LD
SDNY

NEW YORK NY 100
5 JAN 2021 PM 9 L

ATTN: Case # 20-CV-2795 (PGG)
Hon. Paul G. Gardephe
United States District Court
40 Foley Square
New York, New York 10007

