UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA ADAM SCHULTE,                          :

                                               :   ORDER
                 Plaintiff,              20 Civ. 2795 (PGG) (GWG)
                                               :

   -v.-
                                               :
BUREAU OF PRISONS, et al.,
                                               :

                 Defendants.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       With regard to the letter dated December 22, 2020 from plaintiff, which was postmarked January 5, 2021, and filed on January 26, 2021 (Docket # 24), the Government is requested to file a letter on or before February 5, 2021, responding to the issue of the delay and non-receipt of plaintiff's mail in this case.

       The Court does not understand why there would be a need to have the Clerk resend documents that plaintiff states are already in his possession. The Clerk, however, is requested to send to the plaintiff by mail (1) a copy of the docket sheet and (2) a copy of this Order.

       SO ORDERED.

Dated: January 27, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge