P. 1/3

2/25/21

RE: Joshua Adam Schulte v. Bureau of Prisons, et al.
20 CV. 2795 (PGG)(GWG)

Judge Gorenstein,

RECEIVED SDNY PRO SE OFFICE 2021 MAR 10 PM 2: 15

Today, Thursday, February 25, 2021, I received two letters from you postmarked 1/29/21 and 2/5/21 that I have enclosed herein.

First, I want to clarify your 1/27/21 letter. I am requesting you order the Clerk to re-send me documents that I NEVER RECEIVED! I want to bring this to your attention because the most critical documents that were mailed to me were suspiciously NEVER RECEIVED BY ME.

Dkt. 9. Your first order, the critical denial and dismissal of my claims from 6/29/2020 was never received by me. I still have never seen it, and I request it to be resent to me.

Dkt. 10. The FRCP Service Package with all the critical documents was never received by me. I still have never seen it, and I request it to be sent to me.

As you will notice in my 7/2 letter (Dkt #11), I still had no idea that you were assigned and I was requesting a status update.

Dkt. 12. I never received the 6/29 order (Dkt #9) nor did I receive this order dated 7/6.

As the Court will note, in my letter from 9/13 (Dkt #13), I STILL do not know about your 6/29 Order or that you are even assigned to my case!

Dkt. 14 denying my motion from #13, I DID RECEIVE. After this Order, I finally noticed you were the judge, but I still had no idea about your 6/29 order dismissing the Defendants.

Dkt. 19 — Was dated 9/1/20 and still addressed to Judge McMahon as I had not yet received the Dkt #14 denial of my motion to compel discovery — and had no idea you were assigned the case or the 6/29 Order.

Dkt. 21 — My first letter addressed to you — It literally took 5 months before I was ever notified of the 6/26 reassignment to Judge Gardephe and reference to you as the Magistrate. 5 MONTHS. You were likely annoyed with the letter, but I STILL HAD NO IDEA ABOUT THE 6/29 Order.

Dkt. 22 — I ~~never~~ DID received this Court Order. 12/2/20 on 1/20/21

Dkt. 23 — I never received this Court Order.

Dkt. 24 — I finally found out what was going on after my mother mailed me a copy of this docket. I noticed that I had not received most of the orders and wrote to you immediately.

P 3/3

TO RECAP, I still have not received the following:

Dkt 7 Order
Dkt 9 Order
Dkt 10 Order
Dkt 12 Order
Dkt 23 Order
~~scribbled out~~

As I stated in my 11/23/20 letter, something is very wrong here. You should be able to easily validate my claims because the MCC signs & records when it gives me legal mail — and these documents were never signed for by me.

I ask this Court to re-send those orders to me, and to somehow request receipt to show that I have received them. I respond immediately — I do not dawdle, so if I haven't responded to something it is likely I never received it.

Finally, I ask this Court to permit me time to review all the orders and respond. If I do not hear from this Court in the next 30 days, I will mail the Court & notify you.

PS. Note that these envelopes were delayed to me by a month. They were also already opened — Someone is opening, delaying, & preventing mail from the Courts from reaching me.

Thanks,
Josh Schutte
[signature]

#74471054
2/25/21



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

10 South SAMS

Joshua Adam Schulte
Reg. No. 79471-054
MCC New York
150 Park Row
New York, NY 10007

SPECIAL MAIL - OPEN ONLY
IN PRESENCE OF INMATE

Notice: Opened As General Corr.
For special Mail Requirement
See 28 CFR 540.19

APPROVED

2/25/21

ZIP 10007
041L11231778

$008.45
02/05/2021
US POSTAGE

10007$1704  C017

Josh Schutte #79471054
MCC
150 Park Row
NY, NY 10007



ATTN: Case 20-CV-2795-PGG-GWG
Pro Se Docketing
500 Pearl Street
New York, New York 10007

USMp3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2021 MAR 10 PM 2:15