UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSHUA ADAM SCHULTE,

        Plaintiff,

  -v.-

BUREAU OF PRISONS, et al.,

        Defendants.
---------------------------------------------------------------X

ORDER

20 Civ. 2795 (PGG) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    The Government is directed to respond to plaintiff's letter of March 16, 2021 (Docket # 34) on or before April 16, 2021.

    The Clerk of Court is directed to complete the necessary paperwork and to deliver it to the U.S. Marshal Service ("USMS") so that the USMS can effect service on each of the eight defendants named in the Amended Complaint (Docket # 33).

    The Clerk is also directed to mail a copy of this Order to plaintiff.

SO ORDERED.

Dated: March 31, 2021
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge