UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSHUA ADAM SCHULTE,

           Plaintiff,

    -v.-

                               ORDER OF SERVICE

                               20 Civ. 2795 (PGG) (GWG)

BUREAU OF PRISONS, et al.,

           Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Clerk of Court is directed to complete the necessary paperwork and to deliver it to the U.S. Marshal Service ("USMS") so that the USMS can effect service on each of the eight defendants named in the Amended Complaint (Docket # 33) as set forth herein:

1. United States of America
c/o U.S. Attorney's Office
86 Chambers Street
New York, NY 10007

2. Jamey Welch

FCI Schuylkill
Federal Correctional Institution
P.O. Box 700
Minersville, PA 17954

3. Michael Getchey

FCI Schuylkill
Federal Correctional Institution
P.O. Box 700
Minersville, PA 17954

4. Mark Burns

FCI Schuylkill
Federal Correctional Institution
P.O. Box 700
Minersville, PA 17954

5. Timothy Valentine

FCI Schuylkill
Federal Correctional Institution
P.O. Box 700
Minersville, PA 17954

6. John Barrett

FCI Schuylkill
Federal Correctional Institution
P.O. Box 700
Minersville, PA 17954

7. Brian Thiroway

FCI Schuylkill
Federal Correctional Institution
P.O. Box 700
Minersville, PA 17954

8. Michael Sinkvich

FCI Schuylkill
Federal Correctional Institution
P.O. Box 700
Minersville, PA 17954

       The Clerk is also directed to mail a copy of this Order to plaintiff.


       SO ORDERED.

Dated: March 31, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge