RE: Schulte v. Bureau of Prisons et al.
20-CV-2795

4/12/21

Judge Gorenstein,

As of today 4/12, I have not yet received anything from the Court. I mailed a packet nearly a month ago with the amended complaint but do not know if it was ever received.

Since the MCC and BOP are actively obstructing this civil case, I do not know if the Court mailed me any action. If not, please disregard. If so, I have received nothing from the Court or AUSA in the past month.

At this point, the case can't really proceed until the government sends me the requested audio/video footage from the incident.

Thanks,

Josh Schulte

4/12/21



RECEIVED
SDNY PRO SE OFFICE
2021 APR 26  AM 10: 18

NEW YORK NY 100
24 APR 2021 PM 4 L

Josh Schulte # 79471054
MCC
150 Park Row
NY, NY 10007

ATTN: Case 20-cv-2795
Pro Se Intake Unit
USMLP 500 Pearl Street
SDNY, NY, NY 10007