5/5/21

RE: 20 civ. 2795 (PGG)(GWG)   Schulte v. Bureau of Prisons, et al.

Judge Gorenstein,

I received your order of service, filed 3/31/21, postmarked 4/2/21, today, May 5, 2021.

IT IS IMPOSSIBLE TO ENGAGE IN ANY MEANINGFUL LITIGATION WITH 30+ DAY DELAY.

I have the envelope signed and dated as delivered to me May 5. See attachment.

You have demonstrated wanton indifference to the Constitution and my fundamental right of access to the courts as the MCC has deliberately delayed my mail and lied about it. You protect them.

I will no longer suffer this. I am filing a writ of Mandamus with Judge Gardephe, and if he also abandons his oath to the Constitution then I will file a writ of Mandamus with the Court of Appeals.

Please stop protecting the lying government.

5/5/21   Josh Schulte

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**LEGAL MAIL**

2X COPIES

SPECIAL MAIL - OPEN ONLY IN PRESENCE OF INMATE

WESTCHESTER NY 105
2 APR 2021 PM 3 L

Notice: Opened As General Correspondence
For special Mail Require...
See 28 CFR 540.18

R&D 5/5/21

Previous 5/5/2021



Joshua Adam Schulte
Reg. No. 79471-054
MCC New York
150 Park Row
New York, NY 10007

10007-170458

Josh Schulte #79471054
MCC
150 Park Row
NY, NY 10007

NEW YORK NY 100
14 MAY 2021 PM 7 L

ATTN: Judge Gorenstein, Case # 20-CV-2795
Pro Se Intake Unit
500 Pearl Street
NY, NY 10007

USMS SDNY

10007-131699

2021 MAY 17 PM 2:21
RECEIVED
SDNY PRO SE OFFICE