Hon. Gabriel W. Gorenstein                    June 1, 2021
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

RE: Schulte v. BOP, 20-CV-2795 (PGG)(GWG)

Judge Gorenstein:

As of today, 6/1/21, I have not received any mail from this Court since 5/5/21, when I received the Order of Service, postmarked 4/2/21. If the Court has sent me anything since the Order of Service, the MCC has intercepted and delayed it as it has all mail in this litigation.

First, I wanted to update the Court that I filed a new Civil Rights Lawsuit against the MCC for this mail delay since I cannot seem to get any court to take it seriously.

Second, I wanted to renew my motion for the Court to compel the Defendants to produce the electronic discovery in this case. It has been well over a year now, and the government still refuses to produce the video from the night it tortured me. See Dkt. 13.

                                Thanks,

        6/1/21                  Josh Schulte, pro se

Josh Schulte #74710554
MCC
150 Park Row
NY, NY 10007

NEW YORK NY 100
3 JUN 2021 PM 14 L

RECEIVED
SDNY PRO SE OFFICE
2021 JUN -4 PM 2: 23

ATTN: Case 20-cv-2795
Pro Se Intake Unit
500 Pearl Street
New York, New York 10007

10007-131699