June 10, 2021

Hon. Paul Gardephe
United States District Judge
500 Pearl St.
NY, NY 10007

RE: Joshua Adam Schulte v. Bureau of Prisons, et al.
    20-CV-2795-PGG-GWG

Judge Gardephe,

I recieved your denial of my mandamus petition on JUNE 10, 2021. It was postmarked May 26, 2021. MCC delayed it over 2 weeks. SEE ATTACHMENT.

The MCC continues to delay mail to me. The MCC has delayed court correspondence for 3 years now — typically 42 days. This is a violation of my 1st Amendment right of access to the courts. Will the MCC be held accountable?

P.S. Due to this court's inaction, I filed a new civil rights action against the MCC/United States for violating my right of access to the courts.

6/14/21

Josh Schulte, pro se
/s/ J A Schulte

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007 ·

OFFICIAL BUSINESS

**LEGAL MAIL**

SPECIAL MAIL — OPEN ONLY
INMATE

Notice: Opened As General Correspondence
For special Mail Requirements
See 28 CFR 540.19

Joshua Adam Schulte
Reg. No. 79471-054
MCC New York
150 Park Row
New York, NY 10007

NEW YORK NY 100
15 JUN 2021 PM 6 L

RECEIVED
SDNY PRO SE OFFICE
2021 JUN 17 PM 2:31

ATTN: Case 20-CV-2795-PGG-GWG
Pro Se Intake Office
500 Pearl St.
NY, NY 10007

Josh Schulte #79471-054
MCC
150 Park Row
NY, NY 10007

10007-131658