Hon. Gabriel W. Gorenstein 7/14/21
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

RE: Schulte v. BOP, 20-cv-2795 (PGG)(GWG)

REQUEST STATUS UPDATE: DISCOVERY, DELAYED MAIL, CASE

Judge Gorenstein:

As of today, 7/14/21, the last letter I received from the Court was an updated docket postmarked 6/7/21. The docket indicated that the government wrote to the Court on 6/1/21 — I never received that letter. I request the Court forward me a copy of the letter especially considering the last letter the government wrote to this Court was fraudulent, claiming that my delayed mail issue was meritless despite overwhelming evidence to the contrary.

I request a status update. Since the updated complaint I asked this Court to compel the government to produce the video it maintains that is the subject of this civil suit — the video shows the government torturing me. The government has not yet turned it over despite 18 months have now elapsed since the incident. What is the status of discovery in this case?

Next, I request a status update on my delayed mail. This Court cannot ignore the photocopied envelopes I have sent clearly illustrating deliberate delay. The latest letter

I received from this Court denying my mandamus petition was postmarked 5/26/21 and provided to me 6/10/21. Sure the delay is no longer 3 months, but two weeks is still longer than it should be. Asking the government to respond to my clear evidence of deliberate mail delay is accomplishing nothing. This Court cannot ignore my evidence. The government is deliberately obstructing this litigation and preventing me meaningful access to the Courts. Is anything to be done about it?

Finally, what is the overall status of this case and how can we move it along?

Thanks,

7/19/21  Josh Schulte, pro se



NEW YORK NY 100

26 JUL 2021 PM 12 L

ATTN: Pro Se Intake Office
Case 20-cv-2795 (PGG)(GWG)
500 Pearl Street
NY, NY 10007

Josh Schulte #79471054
MCC
150 Park Row
NY, NY 10007

USM-P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 28 PM 2:23