UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSHUA ADAM SCHULTE,

          Plaintiff,

    -v.-

BUREAU OF PRISONS, et al.,

          Defendants.
-----------------------------------------------------------------X

<u>ORDER</u>

20 Civ. 2795 (PGG) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    It appears that a number of the defendants have been served, that their time to answer or move has expired, and that no answer or motion has been filed on the docket. The United States Attorney's Office is directed to file a letter on or before August 10, 2021, addressing the status of this case.

    As for the request in plaintiff's letter of July 14, 2021, the Clerk is requested to send a copy of Docket # 42 to plaintiff. In addition, the Clerk is requested to mail a copy of this Order to plaintiff.

SO ORDERED.

Dated: August 3, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge