✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Joshua Adam Schulte

Plaintiff (s),

V.

Bureau of Prisons, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-2795-PGG-GWG

Notice is hereby given that, subject to approval by the court, United States, Timothy Valentine, John Barrett, Brian Thiroway, Michael Sinkvich, Mark Burns, Michael Getchey, Jamey Welch substitutes
(Party (s) Name)

Tara Schwartz , State Bar No. 5609029 as counsel of record in
(Name of New Attorney)

place of Kirti Vaidya Reddy .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: U.S. Attorney's Office for the Southern District of New York
Address: 86 Chambers Street, 3rd Floor, New York, NY 10007
Telephone: (212) 637-2633    Facsimile
E-Mail (Optional): tara.schwartz@usdoj.gov

I consent to the above substitution.

Date:

(Signature of Party (s))

I consent to being substituted.

Date: 8/12/2021

*Kirti Vaidya Reddy*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/11/2021

*Tara Schwartz*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**