

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 27, 2021

**MEMORANDUM ENDORSEMENT**

<u>**VIA ECF**</u>
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

  Re: *Schulte v. Bureau of Prisons et al.,* 20 Civ. 2795 (PGG) (GWG)

Dear Judge Gorenstein:

  We represent defendants Timothy Valentine, John Barrett, Michael Sinkovich, Mark Burns, Michael Getchey, and Jamey Welch (the "Individual Defendants"), as well as defendant United States of America, in the above-captioned action. On behalf of the Individual Defendants, I write respectfully in response to the Court's August 9, 2021 order. (Dkt. #56). Each of the Individual Defendants was properly served and intends to file a motion to dismiss the complaint before Judge Gardephe on the grounds, *inter alia*, that the plaintiff does not state a claim against the Individual Defendants pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). The Individual Defendants respectfully request that they be permitted to file such motion to dismiss by September 24, 2021.

  Further, there is an additional defendant in this action being sued in his individual capacity, Brian Thiroway. Like the other Individual Defendants, Mr. Thiroway is an employee of the Federal Bureau of Prisons. While we are authorized to represent Mr. Thiroway, since being assigned to this case approximately three weeks ago, we have been unable to get in touch with Mr. Thiroway. We understand Mr. Thiroway to have been off from duty for at least part of this time. Accordingly, on Mr. Thiroway's behalf, we respectfully request an additional week, or until September 3, 2021, to notify the Court whether Mr. Thiroway has been properly served and, like the other Individual Defendants, will be filing a motion to dismiss.

  Thank you for your consideration of this request.

                                                    Respectfully,

                                                    AUDREY STRAUSS
                                                    United States Attorney
                                                    Southern District of New York

By:    */s/ Tara Schwartz*
       ELLEN BLAIN
       TARA SCHWARTZ
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-2743/2633
       Email: ellen.blain@usdoj.gov
               tara.schwartz@usdoj.gov

Cc: (via certified mail)

   Joshua Adam Schulte
   Reg. No. 79471-054
   MCC New York
   150 Park Row
   New York, NY 1000

**The proposed motion to dismiss shall be returnable before Judge Gardephe, shall comply with his Individual Practices, and shall be filed on or before September 24, 2021.**

**The time for Brian Thiroway to comply with the Court's Order of August 9, 2021, is extended to September 3, 2021.**

**The Clerk is directed to mail a copy of this Order to plaintiff.**

**So Ordered.**

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge

                                                         **August 27, 2021**