AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

| | |
|---|---|
| Joshua Adam Schulte<br>Plaintiff(s),<br>V.<br>Bureau of Prisons, et al.<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 20-cv-2795-PGG-GWG |

Notice is hereby given that, subject to approval by the court, United States, Timothy Valentine, John Barrett, Brian Thiroway, Michael Sinkvich, Mark Burns, Michael Getchey, Jamey Welch (Party(s) Name) substitutes

Ellen Blain (Name of New Attorney), State Bar No. 4343000 as counsel of record in place of Kirti Vaidya Reddy (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: U.S. Attorney's Office for the Southern District of New York
Address: 86 Chambers Street, 3rd Floor, New York, NY 10007
Telephone: (212) 637-2743        Facsimile
E-Mail (Optional): ellen.blain@usdoj.gov

I consent to the above substitution.
Date: _____                    _____
                                               (Signature of Party(s))

I consent to being substituted.
Date: _____                    /s/ Kirti Reddy
                                               (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8/26/2021                                /s/ Ellen Blain
                                               (Signatu/s/re of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                    _____
                                               Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**