

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 31, 2021

**VIA ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

      Re:    *Schulte v. Bureau of Prisons et al.,* 20 Civ. 2795 (PGG) (GWG)

Dear Judge Gorenstein:

      We write to notify the Court that defendant Brian Thiroway was properly served with this action and, like the other individual defendants in this action, intends to file a motion to dismiss the amended complaint before Judge Gardephe on the grounds, *inter alia*, that the plaintiff does not state a claim against him pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).  Pursuant to the Court's August 27, 2021 order (Dkt. #61), Mr. Thiroway will file the motion before Judge Gardephe on or before September 24, 2021.

      Thank you for your attention to this matter.

      Respectfully,
      AUDREY STRAUSS
      United States Attorney
      Southern District of New York

By:    */s/ Tara Schwartz*
      ELLEN BLAIN
      TARA SCHWARTZ
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2743/2633
      Email: ellen.blain@usdoj.gov
             tara.schwartz@usdoj.gov

Cc: (via certified mail)

    Joshua Adam Schulte
    Reg. No. 79471-054
    MCC New York
    150 Park Row
    New York, NY 1000