# NOTICE OF APPEAL

Please take notice of appeal from 9/2/21 Order denying Motion to compel MCC to deliver court correspondence promptly, Dkt. 67.

I received this Order today, Sept. 16, 2021.

9/16/21

Josh Schulte

*[signature]*

2021 SEP 24 PM 2:48
S.D. OF N.Y.
SDNY PRO SE OFFICE
RECEIVED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2021





Metropolitan ... al Center, 150 Park Row, New York, ... ... The enclosed letter was processed th... special mail procedure or forwarding to you. the letter has not ... been opened nor inspected If the writer raises a question or problem over which ... has jurisdiction, you ... wish to return ... material for further information or consideration. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.