UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAM SCHULTE,<br><br>                           Plaintiff,<br><br>     -v-<br><br>UNITED STATES OF AMERICA, TIMOTHY VALENTINE, JOHN BARRETT, BRIAN THIROWAY, MICHAEL SINKVICH, MARK BURNS, MICHAEL GETCHEY, JAMEY WELCH, and UNKNOWN BOP OFFICERS THAT HAVE NOT YET BEEN IDENTIFIED,<br><br>                           Defendants. | 20 Civ. 2795 (PGG) (GWG) |

## DEFENDANTS NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, Defendants Timothy Valentine, John Barrett, Brian Thiroway, Michael Sinkvich, Mark Burns, Michael Getchey, and Jamey Welch, by their attorneys, Audrey Strauss, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: September 24, 2021
       New York, New York

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

By:   */s/ Tara Schwartz*
        ELLEN BLAIN
        TARA SCHWARTZ
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2793/2633
        E-mail: ellen.blain@usdoj.gov
                tara.schwartz@usdoj.gov