11/8/21

Clerk of Court,

I have several pending civil cases in the Southern District of New York. I was recently moved from the MCC prison to the MDC prison. Could you please update my address for each and mail me an updated docket for each? I do not know the case number for most.

21cv 4042
21cv 4800
21cv 5168
21cv 5213
21cv 5313
21cv 5554
21cv 5871
21cv 5173
20cv 9244
20cv 2795
21cv 5061
21cv 5722
21cv 6504
21cv 5851

A PACER search for Name: Schulte, Joshua (pty) should find most. Or a search for my prisoner number 79471054.

Address update from

Josh Schulte #79471054
MCC
150 Park Row
NY, NY 10007

to:

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

Thanks,
Josh Schulte

Josh Schutte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

ATTN: Clerk of Court
Southern District of New York
500 Pearl Street
NY, NY 10007

Pro Se

NEW YORK NY
10 NOV 2021 PM 10 L

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 15 AM 11:45