UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA ADAM SCHULTE                           :

                                                                     :   <u>ORDER</u>
                      Plaintiffs,

                                                     :   20 Civ. 2795 (PGG) (GWG)
    -v.-

                                                     :
BUREAU OF PRISONS
                                                   :

               Defendants.              :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       In light of the fact that plaintiff's location was changed shortly after defendants filed and served their application for a stay, the Court orders as follows:  The Government is directed to mail a copy of its application (Docket # 75) to plaintiff at his new address and shall file proof of service by November 24, 2021.  Plaintiff shall file any opposition to the motion by December 22, 2021.  The Government shall respond within 7 days of the filing of any opposition.

       SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                                          _____
                                                           GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge

Copy Mailed by Chambers to Pro Se Plaintiff