UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSHUA ADAM SCHULTE                             :

                                                      :     ORDER
                 Plaintiffs,

                                                      :     20 Civ. 2795 (PGG) (GWG)
   -v.-

                                                      :
BUREAU OF PRISONS
                                                      :

                Defendants.            :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       In light of the fact that plaintiff's location was recently changed, and the fact that plaintiff has not responded to the motion to dismiss, the Government is directed to mail a copy of its motion to dismiss (Docket ## 71, 72) to plaintiff at his new address and shall file proof of service by December 1, 2021,

       The Court will <u>sua sponte</u> extend plaintiff's time to respond to the motion.  Plaintiff shall file any opposition to the motion to dismiss by December 22, 2021.  The opposition may combine the opposition to the motion to dismiss with any opposition to the application for a stay. The Government shall respond within 7 days of the filing of any opposition.

       If plaintiff fails to respond, he is warned that this case may be dismissed for failure to prosecute.

       SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                                                             GABRIEL W. GORENSTEIN
                                                                              United States Magistrate Judge

Copy Mailed by Chambers to Pro Se Plaintiff.