11/29/21

RE: Schulte v. BOP, 20-CV-2795 (PGG) (GWG)

Clerk of Court,

This is my third attempt to update my address and request an updated docket. My letters have not reached the court — I have not received anything in months. If there are any due dates, or missed due dates then I have not been notified. Additionally, I filed a notice of appeal regarding the Court's denial of my request for contemporaneous mail — an ongoing issue that continues to plague this case — but I still have not received anything from the Court of Appeals. Please advise.

Updated Address:

Joshua Schulte #79471054
MDC - Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

RECEIVED SDNY PRO SE OFFICE 2021 DEC -8 PM 3:05

Thanks,
11/29/21
Josh Schulte

Josh Schulte #79471054
MDC-Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
6 DEC 2021 PM 9 L

RECEIVED
SDNY PRO SE OFFICE
2021 DEC -8 PM 2:50

ATTN: Case 20-cv-2795 (PGG)(GWG)
Pro Se Intake Office
United States District Court SDNY
500 Pearl St.
NY, NY 10007