11/29/21

RE: Schulte v. BOP, 20-CV-2795 (PGG)(GWG)

**MEMORANDUM ENDORSED**

Clerk of Court,

This is my third attempt to update my address and request an updated docket. My letters have not reached the Court — I have not received anything in months. If there are any due dates, or missed due dates then I have not been notified. Additionally, I filed a notice of appeal regarding the Court's denial of my request for contemporaneous mail — an ongoing issue that continues to plague this case — but I still have not received anything from the Court of Appeals. Please advise.

Updated Address:

Joshua Schulte #79471054
MDC - Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Thanks,
11/29/21
Josh Schulte

RECEIVED SDNY PRO SE OFFICE 2021 DEC -8 PM 3:05

The Government on November 22, 2021, remailed the stay application (dated October 11, 2021). On November 23, 2021, it remailed the motion to dismiss papers (dated September 27, 2021). Thus, it is not surprising that plaintiff had not received the papers as of the date of this letter. Nonetheless, the Court will sua sponte extend plaintiff's time to respond to both motions. The current due date of December 22, 2021, is extended to January 7, 2022. The Government may file a reply within 7 days of the filing of the opposition papers.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

December 9, 2021


Copy Mailed by Chambers to Pro Se Plaintiff