11/30/21

RE: Schulte v. BOP, 20-CV-2795 (PGG)(GWG)

Judge Gorenstein,

I just received the defendant's Motion to Dismiss today, 11/30/21. I ask the Court for 30 days to file a response, until January 3, 2022; I expect to finalize the response next week but request the extra time due to the extreme mail delays that I am experiencing.

I also note that I filed a notice of appeal regarding the continued mail delay that make this litigation all-but-impossible. If the Court never received this notice of appeal then I ask the Court to consider this notice of interlocutory appeal. The issue is already before the Second Circuit from my criminal case, but I intend to consolidate this appeal into the current appeal.

Thanks,
Josh Schulte

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232



NEW YORK NY 100
8 DEC 2021 PM 6 L

ATN: Case 20-cv-2795 (PGG)(GWG)
Pro Se Intake Office
United States District Court for the SDNY
500 Pearl Street
NY, NY 10007

10007-131508

RECEIVED
SDNY PRO SE OFFICE
2021 DEC 10 PM 3:15