3/22/22

RE: Schulte v Bureau of Prisons et al, 20-CV-2795 (PGG)(GWG)

Clerk of Courts

What is the status of this case?
Can I get an updated docket?

Thanks,
Josh Schulte

RECEIVED
SDNY PRO SE OFFICE
2022 APR -4  AM 10: 28



NEW YORK NY 100
30 MAR 2022 PM 14 L

RECEIVED
SDNY PRO SE OFFICE

2022 APR -4 AM 10: 21

ATTN: Case 20-cv-2795 (PGG)(GWG)
Pro Se Intake Office
Southern District of NY
500 Pearl Street
New York, NY 10007

10007-131598

Josh Schulte #79717054
MDC
P.O. Box 329002
Brooklyn, NY 11232



USDNY
USDNY