UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA ADAM SCHULTE,                          :

                                              :        ORDER
                              Plaintiffs,
                                              :        20 Civ. 2795 (PGG) (GWG)
              -v.-
                                              :

BUREAU OF PRISONS, et al.,
                                              :

                              Defendants.     :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

         In April, the Court denied the defendants' request for a stay of discovery.  See Order,
dated Apr. 18, 2022 (Docket # 92).  The Government then sought from Judge Gardephe
permission to move for summary judgment on a "pre-discovery" basis.  See Letter from Tara
Schwartz, dated May 18, 2022 (Docket # 94).  Judge Gardephe granted that request.  See
Memorandum Endorsement, dated May 23, 2022 (Docket # 95).  Accordingly, to be consistent
with Judge Gardephe's Order, discovery is stayed pending Judge Gardephe's decision on
defendants' planned motion for summary judgment.  The parties are reminded that the motion is
returnable before Judge Gardephe and shall comply with his Individual Practices.

         SO ORDERED.

Dated:  June 13, 2022
         New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge

.