# MANDATE

S.D.N.Y. – N.Y.C.
20-cv-2795
Gardephe, J.
Gorenstein, M.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand twenty-two.

Present:
    Guido Calabresi,
    José A. Cabranes,
    Joseph F. Bianco,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 12 2022
```

Joshua Adam Schulte,

        *Plaintiff-Appellant*,

v.                                                      22-84

Timothy Valentine, et al.,

        *Defendants-Appellees*,

Bureau of Prisons, et al.,

        *Defendants*.

Appellant, pro se, moves to consolidate this appeal with the appeal docketed under 21-2529. This Court has determined sua sponte that it lacks jurisdiction over this appeal. *See LoSacco v. City of Middletown*, 71 F.3d 88, 91 (2d Cir. 1995) (holding that a magistrate judge's order does not become final and appealable until a party files objections in the district court and the district court rules on those objections). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED. It is further ORDERED that Appellant's motion is DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 07/12/2022