UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAM SCHULTE,

          Plaintiff,

- against -

BUREAU OF PRISONS, et al.,

          Defendants.

**ORDER**

20 Civ. 2795 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court is in receipt of a letter from Plaintiff Joshua Adam Schulte, dated August 1, 2022, informing the Court that Plaintiff's laptop and materials related to this matter have been "seized . . . as 'contraband.'"  (Pltf. Aug. 1, 2022 Ltr. (Dkt. No. 108) at 1)

      In light of Plaintiff's current inability to respond to Defendants' pending motion for summary judgment (see Dkt. No. 101), the Clerk of Court is directed to stay this matter.

      When Plaintiff has received the materials necessary to complete his opposition to Defendants' motion for summary judgment, he will submit a letter to the Court.  At that time, the Court will set a renewed briefing schedule.

Dated: New York, New York
        September 8, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge