BY HAND

Judge Paul G. Gardephe
U.S. District Judge
Southern District of NY
500 Pearl Street
New York, NY 10007

October 11, 2022

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 20 PM 2:52

RE: Schulte v. BOP et al., 20-CV-2795 (PGG)(GWG)

Dear Judge Gardephe:

Due to recent absurdities, it seems I will never be able to continue this case pro se. Without the laptop, work product, my disability writing by hand, and MDC's recent ban of paper and ink (which is why this is written on blue dividers from my discovery), I simply cannot proceed. I ask the court to assign pro bono counsel, particularly the counsel that is being assigned in my other cases — a professor at Fordham University here in New York and his students. See, e.g., Schulte v. United States et al., 21-CV-4042 (JMF) (SDNY). Alternatively, I request assignment to any available pro bono counsel.

Respectfully Submitted,
Josh Schulte

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn NY 11232

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 20 PM 2:50

ATTN: Schulte v. BOP et al, 20-cv-2795 (PGG)(GWG)
Pro Se Intake Office
U.S. District Court SDNY
500 Pearl Street
New York, NY 10007

NEW YORK NY 100
18 OCT 2022 PM 13 L
LEGAL MAIL

10007-131508