UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
JOSHUA ADAM SCHULTE,                                          :
                                                              :
                    Plaintiff,                                :
                                                              :    1:20-CV-2795 (PGG) (GWG)
        - against-                                            :
                                                              :
UNITED STATES OF AMERICA, *et al.*,                           :
                                                              :
                    Defendants.                               :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

I am admitted to practice in this Court, and I appear in the above-referenced case on behalf of the plaintiff, Joshua Adam Schulte, for the limited purpose of representing him in opposing the Government's motion for summary judgment in this action.

Date: New York, New York
       February 7, 2023

                                        Respectfully submitted,

                                        _____/s/_____
                                        Michael W. Martin
                                        *Attorney for Mr. Joshua Schulte*

                                        Lincoln Square Legal Services, Inc.
                                        150 West 62nd Street, Ninth Floor
                                        New York, NY 10023
                                        mwmartin@lsls.fordham.edu
                                        (212) 636-6934
                                        (212) 636-6923 (fax)