**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel  212-636-6934
Fax 212-636-6923

February 7, 2023

**VIA ECF**
Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10017

Re:  **Schulte v. United States of America, et al.**
     **20-CV-2795 (PGG) (GWG)**

Your Honor:

      This afternoon I filed a Notice of Appearance on behalf of Joshua Adam Schulte for the limited purpose of representing him in opposing the Defendants' pending motion for summary judgment in this action. After communicating with counsel for Defendants, we request a schedule by which we would submit our opposition to the pending motion on April 17 and Defendants would reply on May 8. Defendants consent to this request.

      Thank you for your consideration.

**MEMO ENDORSED**
**The Application is granted.**
**SO ORDERED:**

*/s/ Paul G. Gardephe*
**Paul G. Gardephe, U.S.D.J.**
Date: February 10, 2023

Respectfully submitted,

_____/s/_____
Michael W. Martin
*Attorney for Mr. Joshua Schulte*

Lincoln Square Legal Services, Inc.
150 West 62nd Street, Ninth Floor
New York, NY 10023
mwmartin@lsls.fordham.edu
(212) 636-6934
(212) 636-6923 (fax)

cc:  Ellen Blain
     Assistant United States Attorney
     **VIA ECF**