**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel  212-636-6934
Fax 212-636-6923

April 27, 2023

Honorable Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007
**By:  ECF**

      Re: *Joshua Adam Schulte v. United States of America, et. al.*,
          No. 20-CV-2795

Your Honor:

      We are filing a signed copy of the Plaintiff's Declaration in Opposition to Summary Judgment. We had previously provided an unsigned version, attached as an exhibit to a declaration discussing Mr. Schulte's restrictive conditions of confinement. Mr. Schulte signed the document on April 21, 2023, when he appeared in court on his criminal matter. Counsel for the Defendants has consented to this filing of the signed declaration.

      Respectfully submitted,

      Michael Martin, Esq.
      Ian Weinstein, Esq.
      Lincoln Square Legal Services, Inc.
      *Attorney for Joshua Schulte*

cc: Jennifer Ellen Blain, Assistant United States Attorney
    **By: ECF**