UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSHUA ADAM SCHULTE

          Plaintiff

      - v. -

UNITED STATES OF AMERICA, et al.,     STIPULATION
                                          20 Civ 2795(PGG)(GWG)

          Defendants.

------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff, Mr. Joshua Schulte, by his counsel, Lincoln Square Legal Services, Inc., and the Defendants, by their counsel, Damian Williams, United States Attorney for the Southern District of New York, respectively, that:

       1.    Plaintiff's counsel filed an unsigned declaration from Mr. Schulte on April 18, 2023 as an Exhibit to a signed declaration by Ian Weinstein, Supervising Attorney, Lincoln Square Legal Services, Inc. Counsel's declaration explained the circumstances leading to that filing.

       2.    Plaintiff's counsel subsequently secured Mr. Schulte's signature on the declaration when Mr. Schulte appeared in court on a separate matter.

       3.    Mr. Schulte's signed declaration shall be treated in this litigation as having been filed with and as part of Plaintiff's April 18, 2023 filing.

Dated: New York, New York
May 03, 2023

BY: _____
MICHAEL MARTIN
Lincoln Square Legal Services, Inc.
*Attorney for Joshua Schulte*

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

BY: _____
ELLEN BLAIN
Assistant United States Attorney
Southern District of New York
86 Chambers Street 3rd Floor
New York, NY 10007
Tel.: (212) 637-2743
Email: ellen.blain@usdoj.gov
*Attorney for Defendants*

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Date: May   , 2023