

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 3, 2023

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, N.Y. 10007

     Re:    *Schulte v. Bureau of Prisons et al.,* 20 Civ. 2795 (PGG) (GWG)

Dear Judge Gardephe:

     This Office represents defendants Timothy Valentine, John Barrett, Michael Sinkovich, Mark Burns, Michael Getchey, Brian Thiroway, and Jamey Welch, as well as defendant United States of America (collectively, "Defendants"), in the above-captioned action.  I write respectfully on behalf of Defendants to request a one-week extension of time, from May 8, 2023, to May 15, 2023, to submit Defendants' reply in further support of their motion for summary judgment. Plaintiff's counsel consents to this request.

     On February 7, 2023, Michael Martin filed a Notice of Appearance on behalf of Plaintiff "for the limited purpose of representing him in opposing the Defendants' pending motion for summary judgment in this action."  Dkt. No. 112.  On that date, the parties requested a briefing schedule by which Plaintiff's opposition to the motion for summary judgment would be filed by April 17, and Defendants' reply by May 8.  *See id.*  On February 10, 2023, the Court granted that request.  *See* Dkt. No. 113.  In light of various other litigation deadlines, and in order to allow Defendants time to appropriately respond to the opposition brief, Defendants respectfully request a one-week extension of time, from May 8, 2023, to May 15, 2023, to submit the reply in further support of their motion for summary judgment.  Plaintiff's counsel consents to this request, and this is the first such request for an extension.

     We thank the Court for its consideration of this submission.

       **MEMO ENDORSED**

       **The Application is granted.**

       **SO ORDERED:**

       **Paul G. Gardephe, U.S.D.J.**

       May 8, 2023

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:     */s/ Ellen Blain*
ELLEN BLAIN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2743
Email: ellen.blain@usdoj.gov

Cc:
(By ECF and Email)
Michael W. Martin
Lincoln Square Legal Services, Inc.,
150 West 62nd Street, 9th fl.
New York, NY 10023
212-636-6934
Fax: 212-636-6923
Email: mwmartin@lsls.fordham.edu