

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

August 2, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, N.Y. 10007

      Re:    *Schulte v. Bureau of Prisons et al.,* 20 Civ. 2795 (PGG) (GWG)

Dear Judge Gardephe:

      I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Government in the above-referenced matter. The reason for this request is that I am leaving the United States Attorney's Office for the Southern District of New York. The Government will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York who has appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

      I thank the Court for its consideration of this submission.

                        Respectfully,

                        DAMIAN WILLIAMS
                        United States Attorney
                        Southern District of New York

     By:    */s/ Ellen Blain*
              ELLEN BLAIN
              Assistant United States Attorney
              86 Chambers Street, Third Floor
              New York, New York 10007
              Tel.: (212) 637-2743
              Email: ellen.blain@usdoj.gov